UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MOHAMED AMIMI,

    PLAINTIFF,

VS.

WHOLE FOODS MARKETS,

    DEFENDANT.

CIVIL ACTION NO.

(Removed from The Middlesex Superior Court)

**DEFENDANT'S NOTICE OF REMOVAL**

Under 28 U.S.C. §§ 1441 and 1446, and for the sole purpose of removing this matter to the United States District Court for the District of Massachusetts, Defendant Whole Foods Market Group, Inc. (improperly named in the Complaint as "Whole Foods Markets" and hereinafter referred to as "Defendant" or "Whole Foods"), now states as follows:

    1.    Whole Foods is the Defendant in a civil action pending in the Superior Court of the Commonwealth of Massachusetts, Middlesex County, titled *Mohamed Amimi v. Whole Foods Markets* (the "Pending Action"). The Pending Action was commenced on or about Januay 23, 2020 and is designated as Docket No. 2081CV00208.

    2.    Defendant first received the Summons, Complaint, Civil Action Cover Sheet, and Plaintiff's Statement of Estimated Damages on February 4, 2020. Therefore, this Notice of Removal is timely under 28 U.S.C. § 1446(b). Attached hereto as **Exhibit A** is a true and correct copy of all process and pleadings served on Defendant in the Pending Action.

    3.    This Court has original jurisdiction over the Pending Action pursuant to 28 U.S.C. § 1331 in that Plaintiff alleges violations of a federal statute, Title VII of the Civil Rights Act of

1964, 42 U.S.C. § 2000, *et seq.* **Exhibit A** (Compl., Count II). A federal question therefore exists in this matter.

4. This Court further has original jurisdiction over the Pending Action pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states and a citizen of a foreign state, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Plaintiff asserts in his Complaint that he is a resident of Massachusetts. **Exhibit A** (Compl., ¶ 1).

6. Whole Foods is a Texas Corporation, with its principal office located at 550 Bowie Street, Austin, Texas. **Exhibit A** (Compl., ¶ 2).

7. In the Civil Action Cover Sheet and in Plaintiff's Statement of Estimated Damages appended to his Complaint, Plaintiff seeks lost and future wages damages of $130,000. Accordingly, the amount in controversy exceeds $75,000. **Exhibit A**.

8. Thus, this action is removable to this Court pursuant to 28 U.S.C. § 1441 in that Plaintiff asserts a claim arising under federal law, and because the parties are wholly diverse and the amount in controversy exceeds $75,000.

9. The United States District Court for the District of Massachusetts is the District Court of the United States within which Plaintiff's state court action is currently pending.

10. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be given promptly to Plaintiff's counsel. A copy of this Notice of Removal attached to the Notice of Filing Notice of Removal, attached hereto as **Exhibit B**, will also be filed promptly with the Clerk of the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts, Middlesex County.

11. By filing this Notice, Defendant does not waive its rights to object to service of process, the sufficiency of process, jurisdiction over the person, or venue, and specifically reserves the right to assert any defense, denial, and/or objection to which it may be entitled.

12. As required by 28 U.S.C. § 1446(a), this Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

### Relief Requested

13. Defendant requests that the United States District Court for the District of Massachusetts assume jurisdiction over the above-captioned action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

        Respectfully submitted,

        WHOLE FOODS MARKET GROUP, INC.

        By its attorneys,

        */s/ Gary J. Lieberman*
        Gary J. Lieberman (BBO No. 638535)
        Joseph A. Lazazzero (BBO No. 682118)
        **LITTLER MENDELSON, P.C.**
        One International Place, Suite 2700
        Boston, MA  02110
        Phone 617.378.6000
        Fax 617.737.0052
        glieberman@littler.com
February 24, 2020        jlazazzero@littler.com

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February 2020, a true and accurate copy of the foregoing pleading, filed through the ECF system, will be sent via first class mail to the following:

Emily E. Smith-Lee, Esq.
SLN LAW LLC
46 South Main Street
Sharon, MA  02067

*/s/ Gary J. Lieberman*
Gary J. Lieberman