UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MOHAMED AMIMI, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:20-cv-10375-DLC |
| WHOLE FOODS MARKET GROUP, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

### INSTRUCTION ORDER RE: RESOLUTION OF DISCOVERY DISPUTES

**CABELL, M.J.**

It is hereby ORDERED that the following steps be undertaken by all parties prior to the filing of any discovery motions including, but not limited to, a motion to compel, motion to quash, motion for a protective order, or motion for sanctions.

1. The parties are strongly encouraged to informally resolve all discovery issues and disputes without the necessity of Court intervention. In that regard, the parties are first required to confer and fully comply with Rules 26(c)(1) and 37(a)(2) of the Federal Rules of Civil Procedure, by undertaking a sincere, good faith effort to try to resolve all differences without Court action or intervention. See also Local Rule 7.1.

2. In the event that reasonable, good faith efforts have been made by all parties to confer and attempt to resolve any differences, without success, the parties are then required to schedule a telephonic conference with the Magistrate Judge in an effort to try to resolve the discovery dispute **prior to** the filing of any motions.[1] The parties shall exhaust the first two steps of the process before any motions, briefs, memoranda of law, exhibits, deposition transcripts, or any other discovery materials are filed with the Court.

3. If the dispute still cannot be resolved following a telephonic conference with the Magistrate Judge, then the Court will entertain a discovery motion. In connection with the filing of any such motions, the moving party shall submit the appropriate certifications to the Court as required by Federal Rules of Civil Procedure Rules 26(c)(1); 37(a)(2) and Local Rule 7.1.

4. The Court will not be disposed to hear any discovery motion unless the parties have made a sincere, good faith effort to resolve the dispute and all of the above-identified steps have been complied with. A failure to fully comply with all of the prerequisite steps may result in a denial of any motion and may result in an award of costs and reasonable attorney's fees.

---

[1] The parties may schedule such a conference by emailing the Magistrate Judge's Courtroom Deputy Clerk – Noreen Russo at Noreen_Russo@mad.uscourts.gov with a short summary of the discovery dispute and dates and times where all parties are available.

By the Court,

/s/ Noreen Russo

4/1/2020
Date                                              Deputy Clerk