UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MOHAMMED AMIMI,

      Plaintiff,

v.

WHOLE FOODS MARKETS,

      Defendant.

No. 20-cv-10375-DLC

JUDGMENT

CABELL, M.J.

    In accordance with the court's Order [Dkt. 35] issued on 9/30/21 and Memorandum [Dkt. # 36] issued on 1/13/23 granting defendant's motion for summary judgment, it is ORDERED:

    Judgment entered for the defendant.

                                              By the court,

January 13, 2023                  /s/ Noreen Russo

Date                                    Deputy Clerk